# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JONATHAN RANDALL WALTERS,

    Plaintiff,

v.                                         Case No. 6:21-cv-1510-WWB-LRH

STATE OF NEW MEXICO,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("**Motion to Proceed**," Doc. 7). United States Magistrate Judge Leslie R. Hoffman submitted a Report and Recommendation (Doc. 8), in which she recommends that the Motion to Proceed be denied without prejudice and the Complaint for Violation of Civil Rights (Doc. 1) be dismissed without leave to amend.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed (Doc. 7) is **DENIED without prejudice**.

3. Complaint for Violation of Civil Rights (Doc. 1) is **DISMISSED without prejudice**.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on December 8, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party